Albert WIDMER, Plaintiff–Appellant,

and

Visuambhara WIDMER, Plaintiff,

v.

WITTMAN, Sheriff of Tulare County; S. Logue, Detective; Cotton, Detective; Cleek, Detective; Renteria, Detective; Gordon McClaskey, Parole Officer; County of Tulare; Chester Trow, Attorney; Richard Jumpp; Eleanor Noble; Roy Graves, Defendants–Appellees.

No. 99–16111.
D.C. No. CV–98–05434–AWI/DLB.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001[1].

Decided March 29, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

### MEMORANDUM [2]

Albert Widmer, a Florida state prisoner, appeals pro se the district court's dismissal

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

of his action as duplicative of a then pending action. We have jurisdiction pursuant to 28 U.S.C. § 1291 and affirm. *See Cato v. United States,* 70 F.3d 1103, 1105 n. 2 (9th Cir.1995).

AFFIRMED.

**Richard L. RICHARDS, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 99–17255.**

**D.C. No. CV–98–00286–ACM.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided March 29, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.